UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
Ivan Mai,
                Plaintiff(s),

      -against-                                          20cv11129(GBD)
                                                              PRO SE PRETRIAL
Citigroup Global Markets Holdings Inc.           CONFERENCE
                Defendant(s).
-----------------------------------------------------------------------X

      Pro se Plaintiff and counsel for all parties are hereby notified that this case is referred to Magistrate Gabriel W. Gorenstein for the purposes of Case Management and Scheduling pursuant to Federal Rule Civil Procedure 16. You are directed to furnish all attorneys in this action with copies of this order and enclosures. If you are unaware of the identity of counsel for any of the parties, you must send a copy of the notice and rules to that party personally.

      All correspondence to the Court should be addressed to the chambers of Magistrate Judge Gabriel W. Gorenstein and submitted to the Pro Se Intake Unit, located in the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007 telephone (212) 805-0175.

      Any procedural questions by Pro Se plaintiff should be addressed to the Office of Pro Se Intake Unit at (212) 805-0175.


Dated: February 3, 2021
       New York, New York


                                                                      SO ORDERED:

                                                                      George B. Daniels
                                                                      United States District Judge