```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IVAN MAI,                                         :

                Plaintiff,                        :

     -v.-                                         :         ORDER

                                                  :         20 Civ. 11129 (GBD) (GWG)
CITIGROUP GLOBAL MARKETS HOLDINGS
INC.,                                             :

                Defendant.                        :
------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

Pursuant to Local Civil Rule 6.1(b)(2), the plaintiff's response to the pending motion to dismiss was due on May 25, 2021. The Notice of Motion (Docket # 25) accompanying defendant's motion to dismiss indicates that plaintiff agreed that his response to the motion would be filed by June 8, 2021. Notwithstanding these deadlines, plaintiff has not filed any response to the motion.

Accordingly, it is hereby ordered that plaintiff shall file his response to the motion to dismiss on or before June 30, 2021. If plaintiff fails to do so, he is warned that <u>this case may be dismissed</u> for failure to prosecute under Rule 41 of the Federal Rules of Civil Procedure. The Court notes that the Pro Se Intake Unit at the United States Courthouse, (212) 805-0175) may be of assistance to the plaintiff in connection with court procedures.

If plaintiff timely files his response, any reply brief from defendants may be filed by July 14, 2021.

SO ORDERED.

Dated: June 23, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge